IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LOVELL WHITE                                                    PLAINTIFF

v.                      No. 5:18-cv-297-DPM

JONATHAN W. JEFFRIES                                            DEFENDANT

## JUDGMENT

White's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 November 2018